FLORENCE SILVERMAN, as Administratrix of the Estate of IRVING SILVERMAN, Deceased, Respondent, *v.* ABRAHAM SILVERMAN, Defendant, and GABRIEL FISHER et al., Appellants.

Argued October 14, 1955; decided December 1, 1955.

*Joseph J. Brophy, John W. Trapp* and *Desmond T. Barry* for appellants.

*Bernard Meyerson* and *Herman E. Hoberman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.